

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FEB 04 2020 JG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Joseph Gordon

_____

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Skokie Criminal Court

house

_____

_____

_____

_____
(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

**1:20-cv-00819**
**Judge Martha M. Pacold**
**Magistrate Judge Sidney I. Schenkier**
**PC 11**

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR***
***FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: Joseph Gordon

    B.    List all aliases: _____

    C.    Prisoner identification number: 20151230057

    D.    Place of present confinement: CC DOC

    E.    Address: 26 and California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Skokie Officers

            Title: Correctional Officers

            Place of Employment: Skokie Criminal Court building

    B.    Defendant: _____

            Title: _____

            Place of Employment: _____

    C.    Defendant: _____

            Title: _____

            Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____

_____

B.  Approximate date of filing lawsuit: _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.  List all defendants: _____

_____

_____

_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____

_____

G.  Basic claim made:_____

_____

_____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On Dec. 3, 2019, I had court, and I told the Staff at Skokie that I was being endangered by inmates, and to switch bullpen, but they refused my request and put me in there anyway. I was approached by two inmates telling me that they wanted my lunch, I refused and one of them punched me, thats when the fight started for at least 6 minutes until a guard showed up just to drop of another inmate in the cage, I tried to get his attention but all he did was leave, thats when they started up again for another 6 minutes, I did Not recieve medical attention until I made it back to Cook County, thats when I went to Stroger Hospital, I suffer from a broken nose and several cuts in my left eye which led to temporary blindness and a permanent black ring. I did one week in medical, now im back in population, waiting on glasses for my blurred vision.

4                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.     Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

~~I want~~ ~~~~ ~~for the~~ ~~damage~~ ~~done to my~~ ~~eyes and~~. I need money for the damages done for my eyes and nose. 1,000,000 $

VI.     The plaintiff demands that the case be tried by a jury.   ☑ YES      ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  20  day of  Dec , 20 19

_Joseph Gordon_

(Signature of plaintiff or plaintiffs)

_Joseph Gordon_
(Print name)

_2015-1230057_
(I.D. Number)

_4848 N Winthrop_

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Joseph Gordon
#2015-1230057
P.O. Box 089002
Chicago, IL 60608

2020 FEB -4 AM 8: 11



Prisoner Correspondent
United States District Court
219 S Dearborn Street,
20th floor, Chicago IL 60604

02/04/2020-8

1:20-cv-00819
Judge Martha M. Pacold
Magistrate Judge Sidney I. Schenkier
PC 11



3315